UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PB LIFE AND ANNUITY CO., LTD., et al.

    Debtors in Foreign Proceedings.

---

JOHN JOHNSTON and RACHELLE FRISBY, *as Joint Provisional Liquidators on behalf of* PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD. and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., *and* PB INVESTMENT HOLDINGS LTD.,

    Plaintiffs,

– *against* –

GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, et al.,

    Defendants.

**ORDER**

23-cv-2604 (ER)

RAMOS, D.J.:

On May 5, 2023 the Court stayed the briefing on the merits of the Bankruptcy Appeal and set a briefing schedule for Appellees' (Colorado Bankers Life Insurance Company, Bankers Life Insurance Company, Southland National Insurance Corporation and Southland National Reinsurance Corporation) Motion to Dismiss. Doc. 16. On June 27, 2023, Appellees requested that the Court grant them permission to withdraw their Motion to Dismiss as moot. Doc. 32. That request is granted.

Additionally, the stay on the briefing of the merits of the Bankruptcy Appeal is lifted.  Appellants John Johnston and Rachelle Frisby (as joint provisional liquidators on behalf of PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd.) and PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd., filed their opening brief on April 27, 2023.  Doc. 12.  Appellees' response will be due 30 days from this Order, on July 28, 2023, and Appellants' reply will be due August 11, 2023.

Accordingly, the Clerk of Court is respectfully directed to terminate the motion, Doc. 20.

 SO ORDERED.

Dated:   June 28, 2023
             New York, New York

_____
EDGARDO RAMOS, U.S.D.J.