# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

PB LIFE AND ANNUITY CO., LTD., et al.

                Debtors in Foreign Proceedings.

-----------------------------------------------------------X

 JOHN JOHNSTON AND RACHELLE FRISBY,
as joint provisional liquidators on behalf of PB LIFE
AND ANNUITY CO., LTD., NORTHSTAR
FINANCIAL SERVICES (BERMUDA) LTD.,
OMNIA LTD., AND PB INVESTMENT
HOLDINGS LTD., and PB LIFE AND ANNUITY
CO., LTD., NORTHSTAR FINANCIAL SERVICES
(BERMUDA) LTD., OMNIA, LTD., AND PB
INVESTMENT HOLDINGS LTD.,

                Plaintiffs,              23 **CIVIL** 2604 (ER)

      -against-                     **JUDGMENT**

GREGREY EVAN LINDBERG a/k/a
GREG EVEN LINDBERG, et al.,

                Defendants.

-----------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 22, 2024, the Order of the Bankruptcy Court

is AFFIRMED.  Accordingly, the case is closed.

**Dated:** New York, New York
       February 22, 2024

                              **RUBY J. KRAJICK**
                               **Clerk of Court**

           **BY:**

                           _____
                               **Deputy Clerk**